IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ZERITA L. HOLLY-ROSS, ET AL.,** | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. JRR-22-cv-02868 |
| | * | |
| **ERIE INSURANCE EXCHANGE, ET AL.,** | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter came before the court for oral argument on Defendants' Motion to Dismiss (ECF No. 26) on this 8th day of March, 2023. It is this 8th day of March 2023:

**FOUND** that Defendants' Motion to Dismiss was timely filed on February 3, 2023. Plaintiffs filed a response in opposition to the Motion to Dismiss (ECF No. 27) yesterday, March 7, 2023, which response was untimely pursuant to the Local Rules as well as the agreed-upon briefing schedule set forth in the court's order at ECF No. 23, which required any response to be filed by February 17, 2023. Plaintiffs did not seek leave of court for their late filing and otherwise set forth no good cause for their failure to comply with deadline. To avoid the unfair prejudice to Defendants caused by this unjustified untimely filing, and for other reasons set forth on the record in open court, the court declined to consider Plaintiffs' opposition to the Motion to Dismiss. Therefore it is

**ORDERED** that the Motion to Strike at ECF No. 35 shall be, and is hereby, **DENIED AS MOOT**; and further it is

**FOUND** that Plaintiffs **VOLUNTARILY WITHDREW** the Motions for Preliminary Injunction at ECF Nos. 24 and 20; and further it is

**ORDERED**, for the reasons set forth on the record in open court, the Motion to Dismiss at ECF No. 26 shall be, and is hereby, **GRANTED** for failure to exhaust administrative remedies, which divests this court of subject matter jurisdiction; and further it is

**ORDERED** that the Complaint (ECF No. 1) shall be, and is hereby, **DISMISSED**.

The court will address under separate cover Defendants' Motion for Attorney Fees at ECF No. 28 seeking (partial) fees incurred in connection with Plaintiffs' improperly filed motion at ECF No. 20, as well as Defendants' letter request (ECF No. 29) to file a motion for attorneys' fees for all fees incurred in this action.

/S/

_____
Julie R. Rubin
United States District Judge